RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

2/17/15

Mr. Able Acosta, Clerk,

Come now Lawrence E. Jackson filing for Petition for Discretionary Review. My first Petition was dismissed as bing untimely filed. Sir i have Been Montford Hospital in Lubbock, Tx on the Montford Unit, since the begining of 8/15 with Colon Cancer. i dont have money for a Lawyer and i did not Know anything about a P.D.R. My health has been very bad because of Colon Cance and Chemo therapy and the Trimmer Desease i am fighting. Chemo Keep you sick all the time along with all the pain medication the the things Chemo does to you Physically. Also Trimmer Causes Me to be unable to write on a day to day bacies

i am asking the Court of Criminal Appeals to Grant My Petition because of My inefective physicl ability to get my P.D.R. in a timely filing Please. i am 62 years Old. i have Colon Cance, Trimmer Desease, Diabetis and Neropaty. Also i am still Taking Chemo

Please Sir, will the Court Plese Grant My Petition and May God Bless You All. Thank You.

Sincerely,
Lawrence Edwards Jackson